Marty Harper (#003416)
mharper@polsinelli.com
Katherine V. Brown (#026546)
kvbrown@polsinelli.com
**POLSINELLI SHUGHART PC**
Security Title Plaza
3636 N. Central Ave., Suite 1200
Phoenix, AZ 85012
Phone: (602) 650-2000
Fax: (602) 264-7033
*Attorneys for Defendant The Industrial Development*
*Authority of The County of Yavapai*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF ARIZONA

| | |
|---|---|
| RONALD COVIN, BERNARD PATTERSON, ALLEN PATZKE and WALTER KRAUSE individually, on behalf of themselves and all others similarly situated, | Case No. 3:09-CV-8174 |
| Plaintiffs, | **NOTICE OF APPEARANCE BY KATHERINE V. BROWN** |
| vs. | |
| ROBERT W. BAIRD & CO., Inc., a Wisconsin corporation, M.L. STERN & CO., LLC, a California corporation, EDWARD JONES, L.P., a Missouri limited partnership, THE INDUSTRIAL DEVELOPMENT AUTHORITY OF THE COUNTY OF YAVAPAI, a political subdivision of the State of Arizona, THE TOWN OF PRESCOTT VALLEY, a political subdivision of the State of Arizona, PRESCOTT VALLEY EVENT CENTER, LLC, an Arizona limited liability company, PRESCOTT VALLEY SIGNATURE ENTERTAINMENT, LLC, an Arizona limited liability company, GLOBAL ENTERTAINMENT CORP., a Nevada corporation, FAIN SIGNATURE GROUP, LLC, an Arizona limited liability company, KUTAK ROCK LLP, a Nebraska limited liability partnership, STINSON, MORRISON, HECKER LLP, a Missouri limited liability partnership, TL HOCKING & ASSOCIATES, LLC, an Arizona limited liability company, THOMAS L. HOCKING, W. JAMES TRELIVING, RICHARD KOZUBACK, KENNETH E. RENKEN AND H. W. SMITH, individuals, | Case Assigned to: The Honorable G. Murray Snow |
| Defendants. | |

1

2578697.01

1
2
3
4
5

Pursuant to LRCiv 83.3 Katherine V. Brown a member of the Polsinelli Shughart PC law firm provides this Notice of Appearance that she will appear as counsel of record, on behalf of Defendant The Industrial Development Authority of The County of Yavapai.  Katherine V. Brown is admitted to the bar of this Court is a member in good standing.

6

Contact information is as follows:

7
8
9
10

Katherine V. Brown (#026546)
Polsinelli Shughart, PC
3636 N. Central Avenue, Suite 1200
Phoenix, AZ 85012
(602) 650-2080 (Direct Dial)
kvbrown@polsinelli.com (email)

11
12

Dated this 29th Day of October, 2009.

13
14

**POLSINELLI SHUGHART, P.C.**

15
16
17
18
19
20

By:  /s/ Katherine V. Brown
        Katherine V. Brown
        Security Title Plaza
        3636 N. Central Ave., Suite 1200
        Phoenix, Arizona 85012
        *Attorney for Defendant The Industrial Development Authority of The County of Yavapai*

21
22
23
24
25
26
27
28

2

1

2

**CERTIFICATE OF SERVICE**

3
     I hereby certify that on October 29, 2009, I electronically transmitted the

4
foregoing document to the U.S. District Court Clerk's Office by using the CM/ECF
System for filing and transmittal of a Notice of Electronic Filing to the following

5
CM/ECF registrant(s):

6
     Alain M. Baudry

7
     MASLON EDELMAN BORMAN & BRAND, LLP
     3300 Wells Fargo Center

8
     90 South Seventh Street
     Minneapolis, MN 55402

9
     Telephone: (612) 672-8200
     alain.baudry@maslon.com

10

11
     Michael J. Lavella
     Matthew K. LaVelle

12
     LAVELLE & LA VELLE, PLC
     2525 East Camelback Road, Suite 888

13
     Phoenix, AZ 85016

14
     Telephone:  (602) 279-2100
     MJL@LaVelle-LaVelle.com

15
     Matt@LaVelle-LaVelle.com

16

17
     I.     I further certify that on October 29, 2009 I had a paper courtesy copy of

the foregoing document and the Notice of Electronic Filing **hand delivered** to the

18
assigned Judge:     G. Murray Snow, United States District Court.

19

20

21
                      s/Carol A. Rutigliano

22

23

24

25

26

27

28

2578697.01