# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: Allstate Life Insurance Company Litigation | Lead Case No. CV-09-08162-PCT-GMS <br><br> Consolidated with: <br> No. CV-09-8174-PCT-GMS <br><br> **ORDER** |

In light of the Court's Order and Status Report (Docs. 1309, 1311),

**IT IS ORDERED** directing the Clerk of Court to terminate the above referenced actions.

Dated this 31st day of March, 2015.

_____
Honorable G. Murray Snow
United States District Judge